UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOEL JEANNITE,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER GREENBERG, et al.,<br><br>    Defendants. | Civil Action No. 23-cv-10535-AK |

**ORDER**

June 1, 2023

**A. KELLEY, D.J.**

In an order dated May 2, 2023, the Court denied without prejudice plaintiff Joel Jeannite's Application to Proceed without Prepayment of Fees. The Court ordered Jeannite to pay the $402 filing fee or file a renewed Application within twenty-one days. The Court stated that failure to comply with the order would result in dismissal of the action without prejudice.

The deadline for complying with the aforesaid order has passed without any response from Jeannite.

Accordingly, the Court orders that this action be DISMISSED without prejudice for failure to comply with the Court's May 2, 2023 order regarding the filing fee.

**IT IS SO ORDERED.**

June 1, 2023

                                                          /s/ Angel Kelley
                                                          ANGEL KELLEY
                                                      U.S. DISTRICT JUDGE